## 27753. HAYNES v. CALDWELL.

The trial court did not err in remanding the appellant to custody.

*Judgment affirmed. All the Justices concur.*
DECIDED MARCH 15, 1973.

Rogers Pete Haynes, *pro se.*

*Arthur K. Bolton, Attorney General, Harold N. Hill, Jr., Executive Assistant Attorney General, Courtney Wilder Stanton, Thomas W. Greene, Assistant Attorneys General,* for appellee.